# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Lorraine M. Hundley**

    Plaintiff

  vs.                      **CASE NUMBER: 5:21-cv-437 (DNH/ATB)**

**Commissioner of Social Security**

    Defendant

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON MOTION FOR ATTORNEY'S FEES granting 22 Motion for Attorney Fees. ORDERED that 1. Plaintiffs motion for attorneys fees is GRANTED; 2. Plaintiff is awarded a fee in the amount of $6,338.95; and 3. If plaintiff does not owe a debt subject to offset under the Treasury Offset Program, the funds shall be made payable to plaintiffs attorney of record.

All of the above pursuant to the order of the Honorable David N. Hurd, dated the 1st day of August, 2022.

DATED: August 1, 2022

*John Domurad*
Clerk of Court

s/Kathy Rogers
Deputy Clerk